IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.:  2:26-mj-00020 |
| | ) | |
| v. | ) | |
| | ) | |
| **KEVIN PHILLIP HEDGPETH** | ) | |

### Order Granting Motion to Unseal Complaint

This matter came before the Court on the Government's Motion to unseal the complaint in this case.  Specifically, the Government has requested the Court unseal ECF Nos. 1, 2, 3, and 3-1, and that those documents be placed on the public docket.  Having reviewed the Motion to Unseal and for the reasons mentioned in that motion, the Court finds good cause to grant the same.

**IT IS THEREFORE ORDERED** that ECF Nos. 1, 2, 3, and 3-1 in the above-captioned case are unsealed and the Clerk's office is directed to place the same on the public docket.  **IT IS SO ORDERED.**

_____
Honorable Mary Gordon Baker
UNITED STATES MAGISTRATE JUDGE

April 14, 2026
Charleston, South Carolina